No. 581. Vahlberg v. Oklahoma. Criminal Court of Appeals of Oklahoma. Certiorari denied. *John B. Ogden* for petitioner. *Mac Q. Williamson,* Attorney General of Oklahoma, and *Owen J. Watts,* Assistant Attorney General, for respondent.

No. 583. Lyons et al., doing business as Lyons Electrical Distributing Co., v. Westinghouse Electric Corp. C. A. 2d Cir. Certiorari denied. *Copal Mintz* for petitioners. *Albert R. Connelly* for respondent.

No. 584. Glyco Products Co., Inc. v. Federal Security Administrator; and

No. 610. Atlas Powder Co. v. Ewing, Federal Security Administrator. C. A. 3d Cir. Certiorari denied. *Michael F. Markel* for petitioner in No. 584. *Oscar Cox, C. C. Gammons, Lloyd N. Cutler* and *Louis F. Oberdorfer* for petitioner in No. 610. *Acting Solicitor General Stern, Beatrice Rosenberg* and *William W. Goodrich* for respondent.

No. 586. Knisely v. United States. C. A. 6th Cir. Certiorari denied. *Roy H. Lambert* and *Harry H. Peterson* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 587. Johnson v. Halpin, Acting Director of the Department of Revenue of Illinois, et al. Supreme Court of Illinois. Certiorari denied. *Albert J. Meserow* for petitioner. *Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondents.